# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0351
_____

SUSAN DUNNAM,

Appellant,

v.

CHRISTINE FOX,

Appellee.

_____

On appeal from the County Court for Okaloosa County.
James Ward, II, Judge.

February 27, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Susan Dunnam, pro se, Appellant.

Scott M. Work, Work Law Firm, PA, Destin, for Appellee.